IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRIAN K. ROBERTS,

    Plaintiff,

vs.

CO II LATOYA MILLS,

    Defendant.

CIVIL ACTION NO.: CV606-060

## ORDER

Plaintiff filed a Motion to Compel asserting that some of Defendant's responses to his discovery requests are inadequate and insufficient. Defendant has filed a response to Plaintiff's motion and has included the disputed discovery requests and her responses thereto. The Court finds that Defendant's discovery responses are adequate and sufficient. Plaintiff's motion is hereby **DENIED**.

**SO ORDERED**, this 7th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)